1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10

11  APOLONIO RAMOS ALVAREZ,        )    No. SACV 06-968-VAP (JWJ)
                                   )
12              Petitioner,        )
                                   )    ORDER ADOPTING
13      v.                         )    REPORT AND
                                   )    RECOMMENDATION
14  PEOPLE OF THE STATE OF         )    OF UNITED STATES
    CALIFORNIA,                    )    MAGISTRATE JUDGE
15                                 )
                                   )
16              Respondent.        )
                                   )
17

18        Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the instant

19  Petition along with the attached Report and Recommendation of the United States

20  Magistrate Judge, and has made a de novo determination of the Report and

21  Recommendation.

22        IT IS ORDERED that a Judgment be issued denying the instant Petition and

23  dismissing the action with prejudice.

24        IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this

25  Order and the Judgment of this date on Petitioner and counsel for Respondent.

26  DATED:  June 23, 2009

27                            _____
28                            VIRGINIA A. PHILLIPS
                              United States District Judge