UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APOLONIO RAMOS ALVAREZ,<br><br>Petitioner,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Respondent. | No. SACV 06-968-VAP (JWJ)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered denying the Petition and dismissing the action with prejudice.

DATED: June 23, 2009

Virginia A. Phillips
VIRGINIA A. PHILLIPS
United States District Judge